UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL COUSIN,

                          Plaintiff,

v.

THE CITY OF ROCHESTER, JOSHUA WOODWARD, ALEC KONRAD, JOHN SOURES, RYAN CASTRACHINI, JOEL HASPER, "JOHN DOE POLICE OFFICERS 1-20" (names and number of whom are unknown at present), JTJ EAST INC doing business as BRASS BAR & LOUNGE, PETER BANDULJ,

                          Defendants.

**INDEX**

Case No.

Monroe County
Index No. E2023005699

    I HEREBY CERTIFY THAT ON June 23, 2023, I served the Defendants' Notice of Removal, dated June 22, 2023 upon the Plaintiff's attorney, by filing a copy of the Notice of Removal with the Court's ECF system.

Date:   June 23, 2023

                                    LYNDA S. KINGSLEY
                                    Corporation Counsel

                    By:   s/Patrick Naylon
                          PATRICK B. NAYLON, ESQ., of Counsel
                          *Attorneys for Defendants*
                          30 Church Street, Room 400A
                          Rochester, New York 14614
                          (585) 428-6906
                          Patrick.naylon@cityofrochester.gov

To:    ROTH & ROTH LLP
        Elliot Dolby-Shields, Esq.
        *Attorneys for Plaintiff*
        192 Lexington Avenue, Suite 802
        New York, New York 10016